```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
*********************************************x
S.F. Patrick Mescall-25255-058,     )
                  Petitioner        )           FORTHWITH
                                    )   Preliminary Injunction/Temporary Restraining Order
      -against-                     )
                                    )
F. MARTINEZ, Warden MDC Brooklyn-BOP )      CV 22-0760  EX PARTE
*********************************************x
```

**RECEIVED IN PRO SE OFFICE FEB 07 2022**

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ FEB 07 2022 ★ BROOKLYN OFFICE**

GUJARATI, J.    BLOOM, M.J.

Preliminary Statement I.

   With Good Faith, comes petitioner,(herein Mescall), with a emergency request for injunctive relief- a 90 day window, because respondents are, have and will in the future, intercept, destroy, alter, disguard and send back to its original destination any and all inmate LEGAL MAIL (including but not limited to Petitioners and others) that is properly marked and not properly marked "legal mail" or "special mail" but clearly indicates legal mail from this Court, the Appellate Courts, any Court and attorneys as such. The respondents are hindering the petitioners Access to the Courts Doctrine, First Amendments Protected Speech, and Substantive Due Process notwithstanding the Bureau Of Prisons, Policy and Procedures C.F.R. 541.12, and Substantive authorities adjudicated respecting the nature of this conduct.

   Mescall et al, has numerous pending open cases with respondents, et al, the Government and has already been not served properly legal orders from this Court, et al, and the respondents have disguarded inmate legal/special mail.

   Mescall seeks an emergency order to enjoin the respondents, Warden Martinez, directly and indirectly, all associates working under the direction of his office, the staff at MDC Brooklyn's R & D, mailroom, legal mail, counselors and case managers, unit teams, that handle any and all inmate LEGAL MAIL, Special Mail, incoming and outgoing from spoliation, prevent the opening of the legal mail not in front of the inmate, require return signatures of legal mail form inmates from this Court, order the respondents to have a legal/special mail incoming and outgoing log that has to be reported to this Court, et al, immediately in light of the Pandemic's ghoulish environment with inmate lives at stake under the Eighth Amendment and Substantive Due Process notwithstanding the litigious filing of Mescall.

   Sean F. Mescall has already lost legal mail documents, Court orders, and has had a staggering amount of legal mail not appropriated to him and opened not in front of him. Mescall has noticed ALL of his Legal/special mail has been opened not in front of his presence, missing documents and altered legal mail. Mescall on several occasions, only realized he was not getting legal mail when Court orders showed up on LEXIS NEXUS system which usually takes 3- 4 months to appear on that system. The conduct complained of is actual, imminent and not conjectural. Accordingly, irreparable harm is the legal mail violations, but additionally the alleged additional Constitutional violations that satisfy the burden for standing and preliminary relief under an injunction.

1/28/22



***
## ARGUMENT II.

    Petitioner Mescall, could survive a motion to dismiss and should prevail on the merits under the Administrative Procedures Act 5 U.S.C. 701 et seq., fro several reasons;(1.) as a substantive inmate prisoner right and Constitutional right, inmates posses a vested right to receive all LEGAL MAIL that is not opened absent the inmate(even if it is or is not properly marked-as long as it comes from a Court, Congress, or attorney at law)(see) 28 C.F.R. 540.18: Sorrel v. McKee 290 F. 3d. 965(9th Cir. 2020) CoURTs recognize that inmates have a right to be free from communicable disease, and Mescall has been litigious against the respondents et al, in this Court and other Courts and has a genuine right to the prevention of spoliation including documents to and from this Court and others. The respondents, have a interest in the disruption of legal mail because of the litigious filing and Mescall has already received irreparable harm by not forwarding Court orders properly marked, to Mescall on several occasions and all legal mail has already been opened when and if Mescall receives it. Irreparable harm is the Alleged Constitutional violation of the First Amendment, Fifth Amendment, et al, Access to the Courts et cetra, The balance of equities tips in favor of Petitioner because the Courts are utilizing 28 U.S.C. & 1915 for Mescall whom is a pauper under law, and it waste Judicial resources when respondents are sending back legal mail, destroying legal mail, or intercepting legal mail, or not giving the legal mail to the inmate on time or at all The respondents will claim that the mail was not properly marked when in truth and fact it is and was at all times.. The entire process is undermined by respondents conduct thus far. Mescall seeks a preliminary injunction to prevent additional irreparable harm of the conduct complained of.

1/28/22

# Declaration of Sean Mescall under 28 USC 1746

I Sean F. Mescall do swear that everything I am stating are true accurate facts that I have experienced over the last few months at MDC. Brooklyn. (28 USC 1746).

1) Mescall has never received court order adjudged on 11/10/21 - Mescall v Dpt. of Treasury, case # 3:21 cv-253; 2021 US Dist Lexis 173829; 217248

2) Mescall has been at MDC Brooklyn, NY since June 1st 2021 and never has MDC staff not sent legal mail not opened. At all times, even properly marked under 28 CFR 542, Policy, has Mescall received unopened legal mail; All legal mail has been opened.

3) On more than 5 occasions, Mescall has received empty open legal mail envelopes from the (EDNY) that was procedural documents missing. Following the empty mail; Mescall lost a Forma Paupenis based case, Mescall v Bureau of Prisons.

1/28/22

Sean Mescall

28 USC 1746

Mescall Sean
MDC Brooklyn, NY
P.O. Box 329002
Brooklyn, NY 11232

US District Court
Pro-Se Clerk
225 Cadman Plaza East
Brooklyn, NY 11201

Legal

11201-183299

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.